UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE BROWNLEE,

    Plaintiff,

v.                                                  Case No: 8:13-cv-2955-T-36MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on October 23, 2014 (Doc. 23). Magistrate Judge Pizzo recommends that the Commissioner's unopposed motion for remand (Doc. 22) be GRANTED; the case be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g); the Clerk of Court be directed to administratively close this case; the Court retain jurisdiction until the Commissioner returns to the Court the Commissioner's additional or modified findings upon remand; and at that time, the Commissioner be allowed to reopen the case. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 23) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Commissioner's Unopposed Motion to Remand (Doc. 22) is **GRANTED**.

(3) This case is **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings.

(4) This Court will retain jurisdiction over this matter until the Commissioner returns to the Court the Commissioner's additional or modified findings upon remand. At that time, the Commissioner will be allowed to reopen the case.

(5) The Clerk of Court is directed to administratively close this case.

**DONE** and **ORDERED** at Tampa, Florida on November 13, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Mark A. Pizzo